UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOHNNY W. WOODS, | ) CV 08-970-SVW (SH) |
| | ) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LOS ANGELES COUNTY SHERIFF'S DEPARTMENT and OFFICER SHOCKEY, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: December 17, 2009

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE